UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:07CV38-J

REGINA BENNETT                                                    PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                  DEFENDANT

## ORDER AND JUDGMENT

Plaintiff Regina Bennett seeks Disability Insurance and Supplemental Security Income Benefits which were denied by the Commissioner. This matter was referred to United States Magistrate Judge W. David King who recommends that the Decision of the Commissioner be upheld.

Plaintiff's objections to the Magistrate's Report are a reiteration of the same objections made in her Fact and Law Summary. She contends the Magistrate erred in finding that: 1) the RFC determined by the ALJ does not prove disability; 2) the ALJ's credibility determinations are supported by substantial evidence; and 3) the ALJ's evaluation of the medical evidence is supported by substantial evidence. These issues were sufficiently addressed in the Magistrate Judge's Report and Recommendation.

In summary, this Court has conducted a de novo review of the entire record and finds that the analyses and conclusions of the Magistrate Judge mirror those of the undersigned. The ALJ's determinations are supported by substantial evidence and are entitled to deference. The Court adopts the Magistrate Judge's Report and Recommendation in lieu of writing a separate opinion.

Accordingly, IT IS ORDERED:

1)      The Magistrate Judge's Report and Recommendation is ADOPTED, and those

        findings and conclusions are incorporated by reference herein;

2)      The final Decision of the Commissioner denying benefits is AFFIRMED; and

3)      Plaintiff's Complaint is DISMISSED, with prejudice.

This is a final and appealable Order and Judgment, and there is no just cause for delay.